FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00899-CV

**IN RE** Jasmine **ELLIOTT**

Original Mandamus Proceeding[1]

# O R D E R

Sitting:     Irene Rios, Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

On January 9, 2023, relator filed a first amended petition for writ of mandamus and a first amended emergency motion for stay seeking to stay all underlying trial court proceedings. This court granted relator's First Amended Motion for Stay of Trial Court Proceedings. Additionally, we requested responses from the trial court and real party in interest. We have received a response from real party in interest.

On December 28, 2022, two hearings occurred in the underlying case. In the first hearing, the Honorable Judge Tina Torres presided over the hearing. In the second hearing, the Honorable Judge Mary Lou Alvarez presided. Relator filed a transcript of the second hearing occurring in front of the Honorable Judge Mary Lou Alvarez but did not file a transcript of the first hearing occurring in front of the Honorable Judge Tina Torres.

We ORDER relator to file, **no later than February 6, 2023,** a transcript of the December 28, 2022 hearing, in which the Honorable Judge Tina Torres presided.

We further ORDER relator to file, **no later than February 6, 2023,** a transcript of the December 9, 2022 hearing.

---

[1] This proceeding arises out of Cause No. 2022-CI-05165, styled *In the Interest of K.J.E., a Child*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

FILE COPY

It is so **ORDERED** on January 25, 2023.

**PER CURIAM**

ATTESTED TO:

MICHAEL A. CRUZ,
CLERK OF COURT